# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2024-2707
LT Case No. 16-1993-CF-4491-A

_____

ARTAVIOUS COTTON,

  Petitioner,

  v.

STATE OF FLORIDA,

  Respondent.

_____

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Artavious Cotton, Arcadia, pro se.

Ashley Moody, Attorney General, and Heather Flanagan Ross, Assistant Attorney General, Tallahassee, for Respondent.

November 15, 2024

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the February 28, 2024 order denying defendant's motion for postconviction relief rendered in Case No. 16-1993-CF-4491-A, in the Circuit Court in and for Duval County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

  PETITION GRANTED.

LAMBERT, EISNAUGLE, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____